FILED
NOV 13 2017
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

11/08/17

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VANESSA FROGGE V. CRAIG FOX D.B.A. M.L.T.A.
CIVIL ACTION # 1:17-CV-155

SETTLEMENT DEMAND LETTER

MR. GAMBLE,

I AM REQUESTING FROM YOUR OFFICE & YOUR CLIENT MONETARY COMPENSATION IN THE FORM OF A SORT OF RESTITUTION FOR THE DISCRIMINATION OF MY DEVIATION REQUEST OF THE MOUNTAIN LINE TRANSIT AUTHORITY BY CRAIG FOX.

AS IT IS DIFFICULT TO PUT A NUMBER ON HUMAN SUFFERING, ESPECIALLY MY OWN, I HAVE DECIDED A COMMON LOGIC TO DETERMINE A FAIR VALUE OF MY OWN PAIN CAUSED BY CRAIG FOX'S CARELESSNESS; THE METHOD IS SIMPLY MORGANTOWN, WV'S AVERAGE MEDIAN INCOME: $32,400. I AM OPENING THE SETTLEMENT DISCUSSION WITH TWO YEARS SALARY: $64,800.

1 OF 3

11/8/17

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VANESSA FROGGE V. CRAIG FOX D.BA. M.L.T.A.

THE ITEMIZED DAMAGES ARE SET AS FOLLOWS:

$4,800. TOWARD PRELIMINARY HEALTHCARE

$29,000. TOWARD HEALTHCARE FOR ACTUAL PHYSICAL DAMAGES INCURRED TREKKING TO & FROM BUS STOP

$20,000. TOWARD TRANSPORTATION TO AVOID FURTHER BODILY TRAUMA

$20,000. TOWARD EMOTIONAL & MENTAL DISTRESS DUE TO THE DISCRIMINATION OF MY DEVIATION REQUEST AS WELL AS THE CIVIL ACTION IN & OF ITSELF BECOMING & HAVING BEEN NECESSARY.

11/8/17

U.S. DISTRICT COURT FOR THE NORTHERN
DISTRICT OF WEST VIRGINIA

VANESSA FROGGE V. CRAIG FOX D.B.A. M.L.T.A.

I EXPECT YOUR CAREFUL CONSIDERATION IN THIS MATTER AS THE NUMBERS ARE CONCURRENT & I LOOK FORWARD TO YOUR TIMELY RESPONSE.

SINCERELY,
VANESSA FROGGE
39 MADELINE CIRCLE
MORGANTOWN, WV 26508

3 OF 3

11/8/17

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VANESSA FROGGE

v.

CRAIG FOX (DOING BUSINESS AS MOUNTAIN LINE TRANSIT AUTHORITY)

CERTIFICATE OF SERVICE

I, VANESSA FROGGE, APPEARING PRO SE, HEREBY CERTIFY THAT I HAVE SERVED THE FOREGOING SETTLEMENT DEMAND LETTER UPON THE DEFENDANT'S COUNSEL BY DEPOSITING TRUE COPIES OF THE SAME IN THE U.S. MAIL, POSTAGE PREPAID, UPON THE FOLLOWING COUNSEL OF RECORD FOR THE DEFENDANT 11/8/17:

KEITH C. GAMBLE
2414 CRANBERRY SQUARE
MORGANTOWN, WV 26508

VANESSA FROGGE
39 MADELINE CIRCLE
MORGANTOWN, WV 26508